ACCEPTED
03-14-00277-CV
6524656
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 2:05:17 PM
JEFFREY D. KYLE
CLERK

# THE MEYERSON LAW FIRM, P.C.

ATTORNEYS AT LAW

2224 Walsh Tarlton Ln., Suite 120

Austin, Texas 78746

Phone: (512) 330-9001 │ Fax: (512) 330-9005

www.meyersonfirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/17/2015 2:05:17 PM

JEFFREY D. KYLE
Clerk

_____

August 17, 2015

***Via E-filing***

Honorable Justice David Puryear

Honorable Justice Bob Pemberton

Honorable Justice Scott Field

3rd Court of Appeals

209 West 14th St., Room 101

Austin, Texas 78701

Re:     *Verticor, Ltd. v. Michael Wood,* Appellate Cause No. 03-14-00277-CV, In the Court of Appeals for the Third District of Texas (at Austin)

To the Honorable Justices:

This letter is written to respectfully request the 3rd Court of Appeals rule on the pending interlocutory appeal in Cause No. 03-14-00277-CV. As the Court is aware, Appellant Verticor, Ltd. filed its Notice of Appeal on May 2, 2014. This is an accelerated appeal pursuant to Texas Rule of Appellate Procedure 28.1(a) and § 51.014(a)(9) of the Texas Civil Practice & Remedies Code. Briefs were filed by both parties and oral argument was heard on October 8, 2014. Since that date, no ruling has been issued by the Court. In an effort to allow this case to move forward in the trial court, Appellee Michael Wood is formally requesting the Court rule on the pending appeal. Should the Court have any questions, please contact our office.

Sincerely,

Jeff. M. Meyerson

cc:     Mr. David E. Chamberlain

        Ms. Catherine L. Kyle